Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                                          :
                                                : Bankruptcy No. 05-38774
MACKELPRANG, AMANDA H.                          :
MACKELPRANG, JASON J.                           :      [Chapter 7]
                                                --ooOoo--

### DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

    A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

        Attached is check #___ payable to the United States Bankruptcy Court representing the unclaimed dividend described below.

XX    B    The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 103 | Questar<br>PO Box 3194<br>Salt Lake City, UT 84110-3194 | $1.52 |
|  | Check Total: | $1.52 |

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.



DATED: October \_\_1\_\_, 2010.

_____
Roger G. Segal, Trustee